**Order entered June 20, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00575-CR
### No. 05-19-00576-CR

**JEREMY CARDELL MINOR, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 203rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F14-76288-P & F14-71793-P**

## ORDER

Before the Court is Official Court Reporter Lisabeth Kellett's June 17, 2019 request for

an extension of time to file the reporter's record. We **GRANT** the request and **ORDER** the

reporter's record filed within **THIRTY DAYS** of the date of this order.


/s/      LANA MYERS
JUSTICE